UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 19-MJ-11733

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JERISON ROJAS VILLALOBOS,

        Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, Paul D. Petruzzi, Esq., hereby moves this Court for an Order for admission to practice, *pro hac vice*, to appear as counsel for the defendant, Jerison Rojas Villalobos, in the above captioned action.

I am a member in good standing of the Bar of the State of Florida and also a member of the bars of the United States District Court for the Western District of New York, the Southern, Middle, and Northern Districts of Florida, the United States District Court for the District of Colorado, the United States Court of Appeals for the 3rd, 6th, and 11th Circuits, and the United States Supreme Court. I have also been admitted to practice, *pro hac vice*, before the United States District Courts for the Southern, Eastern Districts of New York, the District of South Carolina, the Middle and Southern Districts of Georgia, the Western District of North Carolina, the Western District of Tennessee, the Northern District of Illinois, District of New Jersey, and the Western District of

1

Pennsylvania. There are no pending disciplinary proceedings against me in any State or Federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Respectfully submitted,

**LAW OFFICES OF PAUL D. PETRUZZI, P.A.**
8101 Biscayne Blvd.
Penthouse 701
Miami, FL 33138
Telephone: (305) 373-6773
Facsimile: (305) 373-3832
E-mail: petruzzi-law@msn.com

By: _____
PAUL D. PETRUZZI, ESQ.
Florida Bar No. 982059

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 6, 2020, a true and correct copy of the foregoing was furnished by CM/ECF to all counsel of record.

By: _____
PAUL D. PETRUZZI, ESQ.

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. CASE NO. 19-MJ-11733

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : |
| JERISON ROJAS VILLALOBOS, | : |
| Defendant. | : |

## AFFIDAVIT OF PAUL PETRUZZI IN
## SUPPORT OF MOTION TO ADMIT PRO HAC VICE

State of Florida      )
                      )
Miami-Dade County )

PAUL PETRUZZI, being duly sworn, hereby deposes and says as follows:

1.      I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

2.      As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the Bar of the State Florida. I am also a member of the bars of the United States District Court for the Southern, Middle, and Northern Districts of Florida, the United States Court of Appeals for the 3rd, 6th, and 11th Circuits, the United States District Court for the District of Colorado, and the United States Supreme Court. I have also been admitted to practice, *pro hac vice*, before the United States District Courts for the Southern and Eastern Districts of New York, the District of South Carolina, the Middle

3

and Southern Districts of Georgia, and the Western District of Pennsylvania.

3. There are no pending disciplinary proceedings against me in any State or Federal court and I have not been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned matter for Defendant, Jerison Rojas Villalobos.

FURTHER AFFIANT SAYETH NAUGHT.

Paul D. Petruzzi, Esq.
LAW OFFICES OF PAUL D. PETRUZZI, P.A.
8101 Biscayne Blvd., Penthouse 701
Miami, FL 33138
Telephone: (305) 373-6773
Facsimile: (305) 373-3832
E-mail: petruzzi-law@msn.com

Before me, the undersigned notary public, appeared the person above, reviewed each page of the attached affidavit and swore under oath that each statement is true, and being duly sworn, executed the affidavit in my presence this ___ day of January, 2020.

_____
Notary Public  Mauricio Escorcia


Mauricio Escorcia
Comm. # GG931306
Expires: November 12, 2023
Bonded Thru Aaron Notary



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida )

County of Leon )

In Re: 0982059
Paul Domenic Petruzzi
Law Offices of Paul D. Petruzzi, P.A.
8101 Biscayne Blvd PH-701
Miami, FL 33138-4634

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 22, 1993**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 6th day of **January, 2020**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-68481

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff,

v.

JERISON ROJAS VILLALOBOS,

          Defendant.

CASE NO. 19-MJ-11733

**ORDER FOR ADMISION FOR PRO HAC VICE**

This matter is before the Court on attorney PAUL D. PETRUZZI's motion to appear Pro Hac Vice in this matter. The motion of PAUL D. PETRUZZI, ESQ., for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Florida; and that his contact information is as follows:

Paul D. Petruzzi, Esq.
Law Offices of Paul D. Petruzzi, P.A.
8101 Biscayne Blvd., PH 701
Miami, FL 33138
E-mail: petruzzi-law@msn.com
Telephone: (305) 373-6773
Fax: (305) 373-3832

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for JERISON ROJAS VILLALOBOS in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the clerk of Court.

*[signature]*      1/7/2020

HONORABLE JUDGE
UNITED STATES DISTRICT COURT JUDGE

*Certificate from Sup. Ct. of Florida to be submitted within 30 days to supplement application.*